1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11   RAYSHAWN HAYNES,                          No. 1:22-cv-00536-JLT-EPG (PC)

12                     Plaintiff,              ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS AND DISMISSING
13          v.                                CERTAIN CLAIMS AND DEFENDANTS

14   F. CONTREAS, et al.,                     (Docs. 1, 8, & 11)

15                     Defendants.

16

17          Rayshawn Haynes ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis*

18   in this civil rights action filed pursuant to 42 U.S.C. § 1983, which includes state law claims.  The

19   matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

20   Local Rule 302.

21          On September 6, 2022, the assigned magistrate judge entered findings and

22   recommendations, recommending "that all claims and defendants be dismissed, except for

23   Plaintiff's Eighth Amendment excessive force claims against defendants Cleveland, Luna, Cloud,

24   Orozco, Chan, and Contreas and his Fourteenth Amendment claim against defendant Rodriguez

25   for unwanted medical treatment."  (Doc. 11, p. 2).

26          Plaintiff was provided an opportunity to file objections to the findings and

27   recommendations.  The deadline for filing objections has passed and Plaintiff has not filed

28   objections or otherwise responded to the findings and recommendations.

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

2    Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

3    Court finds the findings and recommendations to be supported by the record and proper analysis.

4    Accordingly, IT IS HEREBY ORDERED that:

5    1.    The findings and recommendations issued on September 6, 2022, (Doc. 11), are

6          **ADOPTED IN FULL**.

7    2.    All claims and defendants are **DISMISSED**, except for Plaintiff's Eighth

8          Amendment excessive force claims against defendants Cleveland, Luna, Cloud,

9          Orozco, Chan, and Contreas and his Fourteenth Amendment claim against

10         defendant Rodriguez for unwanted medical treatment.

11   3.    The Clerk of Court is directed to reflect the dismissal of defendants Catalano and

12         Correctional Officer Cleveland[1] on the Court's docket.

13

14   IT IS SO ORDERED.

15   Dated:   __**October 24, 2022**__                     *Jennifer L. Thurston*

16                                                          UNITED STATES DISTRICT JUDGE

---

[1] Defendant Cleveland is listed twice on the Court's docket.  The Court is only directing the Clerk to terminate a duplicate entry.

2