UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYSHAWN HAYNES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>F. CONTREAS, et al.,<br><br>　　　　　　Defendants. | Case No. 1:22-cv-00536-JLT-EPG (PC)<br><br>ORDER SETTING SETTLEMENT CONFERENCE |

Rayshawn Haynes ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The Court has determined that this case will benefit from a settlement conference. Therefore, this case will be referred to Chief Magistrate Judge Kendall J. Newman to conduct a settlement conference on July 24, 2023, at 9:00 a.m.[1] The settlement conference will be conducted by remote means, with all parties appearing by Zoom video conference. The Court will issue the necessary writ in due course.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Chief Magistrate Judge Kendall J. Newman on July 24, 2023, at 9:00 a.m. The settlement conference will be conducted by remote means, with all parties appearing by Zoom video conference.

---

[1] The Court will issue a scheduling after the settlement conference, if necessary. However, this order does not relieve Plaintiff of the requirement to file a scheduling and discovery statement. (See ECF No. 22).

1

2. Parties are instructed to have a principal with full settlement authority present for the settlement conference or to be fully authorized to settle the matter on any terms.  The individual with full settlement authority to settle must also have unfettered discretion and authority to change the settlement position of the party, if appropriate.  The purpose behind requiring attendance of a person with full settlement authority is that the parties view of the case may be altered during the face-to-face conference.  An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle.

3. The parties are directed to exchange non-confidential settlement statements seven days prior to the settlement conference.  These statements shall simultaneously be delivered to the Court using the following email address: kjnorders@caed.uscourts.gov.  Plaintiff shall mail his non-confidential settlement statement Attn: Magistrate Judge Kendall J. Newman, USDC CAED, 501 I Street, Suite 4-200, Sacramento, CA 95814, so that it arrives at least seven (7) days prior to the settlement conference.  The envelope shall be marked "SETTLEMENT STATEMENT."  The date and time of the settlement conference shall be prominently indicated on the settlement statement.  These statements should not be filed on the case docket.  If a party desires to share additional confidential information with the Court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).

4. The Clerk of Court is directed to serve a copy of this order on the Litigation Office at Kern Valley State Prison via facsimile at (661) 720-4949 or by email.

IT IS SO ORDERED.

Dated:   **April 13, 2023**                    /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE